UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-21780-CIV-SEITZ

BUD PRATT WILLIAMS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING MOTION REQUESTING EVIDENCE

THIS CAUSE is before the Court on the Movant's Motion Requesting Evidence Pursuant to Rule 17(c) [DE-100]. It appears that Movant is asking the Court, pursuant to Federal Rule of Criminal Procedure 17(c)(1), to issue a subpoena to the Government in order to have the Government provide the affidavits used in support of a search warrant it obtained during the investigation of the case against Movant. Rule 17(c)(1) states that a Court can order a witness to produce items before trial or before they are offered into evidence. Rule 17(c)(1) does not give the Court authority to issue a subpoena after a case has been tried, final judgment entered, and the judgment appealed. Thus, Movant has not provided the Court with any authority that would permit the Court to issue a subpoena at this stage of the proceedings. Accordingly, it is

ORDERED that Movant's Motion Requesting Evidence Pursuant to Rule 17(c) [DE-100] is DENIED.

DONE and ORDERED in Miami, Florida, this 9 day of June, 2017.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
       All Counsel of Record